GALATEA DELAPP
Attorney at Law
4905 N Harrison Avenue
Fresno, California  93704
Telephone: (559) 803-0471


Attorney for Defendant
Boonthan Seechan

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | NO. 1:11-mj-00090 SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE MOTIONS SCHEDULE;  and ORDER |
| v. | |
| BOONTHAN SEECHAN | Date:   March 22, 2012<br>Time:  10:00 A.M.<br>**Hon. Dennis L. Beck** |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that a new motions schedule be set, but that the hearing on motions now set for March 22, 2012, at 10:00 A.M. before The Honorable Dennis L. Beck shall remain as presently scheduled.  The requested new motions schedule is as follows:

| **Event:** | **Present Date:** | **Requested New Date:** |
|---|---|---|
| Motions Due | December 16, 2011 | February 9, 2012 |
| Replies Due | January 20, 2012 | March 1, 2012 |
| Responses Due | February 10, 2012 | March 8, 2012 |

This continuance is requested by counsel for defendant to allow the parties additional time to attempt to investigate, confer and potentially resolve the matter.  New counsel for the government has recently been assigned and it is possible that the parties may be able to resolve the matter without the necessity of motions.  This revised schedule has been discussed and

1

[STIPILATION to Continue Motions - Seechan]

agreed to by Assistant United States Attorney Wallace Lee and Assistant Federal Defender Rachel Hill for companion case U.S. v. Nulek Singkeovilay, 1:11-mj-00089 SKO (represented by Rachel Hill). The requested continuance will conserve time and resources for all parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice will be served by a continuance.

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: December 16, 2011                   /s/ Wallace Lee
                                              WALLACE LEE
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

DATED: December 16, 2011                   /s/ Galatea DeLapp
                                              GALATEA DeLAPP
                                              Attorney at Law
                                              for BOONTHAN SEECHAN

**O R D E R**

IT IS SO ORDERED.

Dated: **December 19, 2011**                  /s/ *Dennis L. Beck*
                                              UNITED STATES MAGISTRATE JUDGE